IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ACE PATTERSON,

       Petitioner,

v.                                      4:06cv138-WS

JAMES McDONOUGH,

       Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the Magistrate Judge's Report and Recommendation docketed January 22, 2007.  See Doc. 18.  The Magistrate Judge recommends that Defendant's Motion to Dismiss Petition for Writ of Habeas Corpus be granted and that Petitioner's petition for writ of habeas corpus be dismissed as untimely.  On May 17, 2007, after receiving multiple extensions of time to file objections, Petitioner filed objections (doc. 28) to the Magistrate Judge's Report and Recommendation.

Having carefully considered the record in light of Petitioner's objections, this court has determined that the Magistrate Judge's Report and Recommendation must be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 18) is hereby ADOPTED and incorporated by reference into this order.

2. Defendant's Motion to Dismiss Petition for Writ of Habeas Corpus (doc. 14) is hereby GRANTED.

3. Petitioner's section 2254 petition for writ of habeas corpus (doc. 1) is hereby DISMISSED as untimely.

4. The clerk shall enter judgment accordingly.

DONE AND ORDERED this   31st   day of    May   , 2007.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE